# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-4149

———————————————

Bradford Ramsey Hicks,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

March 29, 2019

Per Curiam.

Affirmed.

Lewis, Winsor, and M.K. Thomas, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Andy Thomas, Public Defender, Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.